No. 91–6502.  RESTREPO-CONTRERAS *v.* UNITED STATES.  C. A. 1st Cir.  Certiorari denied.  JUSTICE WHITE would grant certiorari.

No. 91–669.  SINGLETARY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS *v.* GORE.  C. A. 11th Cir.  Motion of respondent for leave to proceed *in forma pauperis* granted.  Certiorari denied.

No. 91–906.  SAFFLE, WARDEN, ET AL. *v.* LILES.  C. A. 10th Cir.  Motion of respondent for leave to proceed *in forma pauperis* granted.  Certiorari denied.

No. 91–694.  WILLIAM E. SCHRAMBLING ACCOUNTANCY CORP. ET AL. *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied. JUSTICE WHITE, JUSTICE BLACKMUN, and JUSTICE THOMAS would grant certiorari.

No. 91–819.  RUTGERS, THE STATE UNIVERSITY, ET AL. *v.* BENNUN.  C. A. 3d Cir.  Motion of American Council on Education et al. for leave to file a brief as *amici curiae* granted.  Certiorari denied.

No. 91–849.  BOARD OF EDUCATION OF COMMUNITY CONSOLIDATED SCHOOL DISTRICT NO. 21 *v.* ILLINOIS STATE BOARD OF EDUCATION ET AL.; and

No. 91–865.  ILLINOIS STATE BOARD OF EDUCATION *v.* BOARD OF EDUCATION OF COMMUNITY CONSOLIDATED SCHOOL DISTRICT NO. 21 ET AL.  C. A. 7th Cir.  Motions of Illinois Association of School Boards and National School Boards Association et al. for leave to file briefs as *amici curiae* granted.  Certiorari denied. Reported below: 938 F. 2d 712.

No. 91–875.  TALLUTO ET AL. *v.* PLANNED PARENTHOOD MARGARET SANGER CLINIC (MANHATTAN) ET AL.  C. A. 2d Cir.  Certiorari before judgment denied.

No. 91–5703.  RODRIGUEZ *v.* ILLINOIS.  App. Ct. Ill., 3d Dist. Certiorari denied.  JUSTICE WHITE and JUSTICE BLACKMUN would grant certiorari.